IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

| | |
|---|---|
| BRETT JOHNSON, on behalf of himself, and all others similarly situated,<br><br>              Plaintiff,<br><br>vs.<br><br>WAVE COMM GR LLC, and ROBERT GUILLERAULT and RICHARD RUZZO individually,<br><br>              Defendants. | CASE NO. 6:10-cv-00346-DNH-ATB<br><br>NOTICE OF PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR TEN UNRESPONSIVE OPT-IN PLAINTIFFS |

PLEASE TAKE NOTICE that before the Honorable Magistrate Judge Andrew T. Baxter, United States District Court, Northern District of New York, 100 South Clinton Street, P.O. Box 7367, Syracuse, NY 13261-7367, Plaintiffs' Counsel hereby brings this Motion To Withdraw As Counsel For Ten Unresponsive Opt-In Plaintiffs, submitted on the papers, upon the enclosed Memorandum of Law in Support, Affidavit of Timothy C. Selander and all prior pleadings and proceedings heretofore filed herein.

Dated:    August 1, 2012

s/ Timothy C. Selander
**NICHOLS KASTER, PLLP**
Timothy C. Selander, MN Bar No. 0387016
(admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
T: (612) 256-3200
F: (612) 215-6870
E: selander@nka.com

**THOMAS & SOLOMON, LLP**
Patrick J. Solomon, NY Bar No. 535232
Nelson Thomas, NY Bar No. 2579159
Justin Cordello, NY Bar No. 4131447
693 East Avenue
Rochester, NY 14607
T: (585) 272-0540
F: (585) 272-0574
E: psolomon@theemploymentattorneys.com
   nthomas@theemploymentattorneys.com
   jcordello@theemploymentattorneys.com

**ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS**