IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

| | |
|---|---|
| BRETT JOHNSON, on behalf of himself, and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WAVE COMM GR LLC, and ROBERT GUILLERAULT and RICHARD RUZZO individually,<br><br>　　　　　Defendants. | CASE NO. 6:10-cv-00346-DNH-ATB<br><br>PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR TEN UNRESPONSIVE OPT-IN PLAINTIFFS |

　　　　Plaintiffs' Counsel hereby moves the Court for an Order allowing Plaintiffs' Counsel to withdraw as counsel, pursuant to Local Rule 83.2(b), for the following opt-in plaintiffs: Anthony Calenda, John Curley, Jr., Matthew Helmer, Mike Helmer, Justin Jones, Chris Nobles, James Quinn, Jesus Resendiz, Timothy Ridgon, and Pierre Salomon.

| | |
|---|---|
| Dated:   July 31, 2012 | s/ Timothy C. Selander<br>**NICHOLS KASTER, PLLP**<br>Timothy C. Selander, MN Bar No. 0387016<br>(admitted *pro hac vice*)<br>4600 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402<br>T: (612) 256-3200<br>F: (612) 215-6870<br>E: selander@nka.com<br><br>and<br><br>**THOMAS & SOLOMON, LLP**<br>Patrick J. Solomon, NY Bar No. 535232<br>Nelson Thomas, NY Bar No. 2579159<br>Justin Cordello, NY Bar No. 4131447<br>693 East Avenue<br>Rochester, NY 14607 |

        T: (585) 272-0540
        F: (585) 272-0574
        E: psolomon@theemploymentattorneys.com
           nthomas@theemploymentattorneys.com
           jcordello@theemploymentattorneys.com

**ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS**