## CERTIFICATE OF SERVICE

*Brett Johnson, et al. v. Wave Comm GR LLC, and Robert Guillerault and Richard Ruzzo individually*

The undersigned counsel for Plaintiffs hereby certifies that on this 1st day of August 2012, true and correct copies of Plaintiffs' Counsel's Motion to Withdraw As Counsel For Ten Unresponsive Opt-In Plaintiffs and all supporting documents were filed with the clerk of court via ECF and that ECF will send notification of the filing via email upon the following:

>**Scott P. Quesnel**
>Girvin, Ferlazzo Law Firm
>20 Corporate Woods Boulevard
>2nd Floor
>Albany, NY 12211-2350
>spq@girvinlaw.com
>
>**Patrick J. Fitzgerald , III**
>Girvin, Ferlazzo Law Firm
>20 Corporate Woods Boulevard
>2nd Floor
>Albany, NY 12211-2350
>pjf@girvinlaw.com

| Dated: August 1, 2012 | **Nichols Kaster, PLLP** |
|---|---|

s/ Timothy C. Selander
Timothy C. Selander, MN Bar No. 0387016
(admitted *pro hac vice*)
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
T: (612) 256-3200
F: (612) 215-6870
E: selander@nka.com