IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

| | |
|---|---|
| **BRETT JOHNSON, on behalf of himself, and all others similarly situated,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**WAVE COMM GR LLC, and ROBERT GUILLERAULT and RICHARD RUZZO individually,**<br><br>**Defendants.** | CASE NO. 6:10-cv-00346-DNH-ATB<br><br>ORDER GRANTING<br>PLAINTIFFS' MOTION FOR<br>PRO HAC VICE |

    Plaintiffs' Motion for Admission to Practice Pro Hac Vice in the above captioned matter is granted. The admitted attorney Paul J. Lukas is permitted to argue or try this particular case in whole or in part as counsel or advocate.

    This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. Within seven days of this Order, pursuant to Local Rule 83.1 (d), a Notice of Appearance will be entered on the docket for Paul J. Lukas.

Dated: __8/28/2012__

_____
Andrew T. Baxter
U.S. Magistrate Judge